IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:08CR138
                               )
      v.                       )
                               )
KAREN McDANIEL,                )         ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's statement of appeal from magistrate judge's order of detention (Filing No. 22). The Court has reviewed defendant's brief in support of her appeal (Filing No. 23), and the plaintiff's brief in support of magistrate judge's order of detention (Filing No. 24). The Court finds that there are conditions of release that would adequately protect the community from risk by defendant, and accordingly,

IT IS ORDERED that defendant will be released on the conditions set forth in the order setting conditions of release after acceptance of such conditions by the defendant.

DATED this 22nd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court